No. 596. CHICAGO, MILWAUKEE & ST. PAUL RAIL-WAY COMPANY, PLAINTIFF IN ERROR, *v.* LENA HANSON, AS EXECUTRIX, ETC.  In error to the Circuit Court of Ozaukee County, State of Wisconsin.  Motion to dismiss or affirm submitted November 16, 1914.  Decided November 30, 1914.  *Per Curiam.*  Dismissed for the want of jurisdiction upon the authority of *Spies* v. *Illinois,* 123 U. S. 131, 181; *Erie Railroad* v. *Purdy,* 185 U. S. 148, 154; *Louisville & Nashville R. R.* v. *Woodford,* 234 U. S. 46; *Willoughby.* v. *Chicago* (decided at this term), *ante,* p. 45.  *Mr. C. H. Van Alstine* for the plaintiff in error.  *Mr. Geo. D. Van Dyke* for the defendant in error.

---

No. 109. OREGON SHORT LINE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* CHARLOTTE A. HOMER.  In error to the Supreme Court of the State of Utah.  Submitted for the plaintiff in error December 4, 1914.  Decided December 7, 1914.  *Per Curiam.*  Judgment reversed with costs, and case remanded for further proceedings upon the authority of *Boston & Maine R. R.* v. *Hooker,* 233 U. S. 97.  *Mr. Geo. H. Smith* and *Mr. Henry W. Clark* for the plaintiff in error.  No appearance for the defendant in error.